UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

No. 98-6254

─────────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

LARRY THOMAS LINDSEY,

Defendant - Appellant.

─────────────

Appeal from the United States District Court for the District of South Carolina, at Florence.  Cameron McGowan Currie, District Judge.  (CR-96-313, CA-97-2653-4-22)

─────────────

Submitted:  August 13, 1998          Decided:  September 2, 1998

─────────────

Before WIDENER and WILKINS, Circuit Judges, and HALL, Senior Circuit Judge.

─────────────

Dismissed by unpublished per curiam opinion.

─────────────

Larry Thomas Lindsey, Appellant Pro Se.  Alfred William Walker Bethea, Assistant United States Attorney, Florence, South Carolina, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Larry Thomas Lindsey seeks to appeal the district court's order denying his motion for a certificate of appealability. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal. See United States v. Lindsey, Nos. CR-96-313; CA-97-2653-4-22 (D.S.C. Nov. 25, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED